

MAR 2 2018

**Service of Process Transmittal**
03/26/2018
CT Log Number 533023326

**TO:** Shelley Grahmann, Senior Manager Legal
Sasol Chemicals (USA) LLC
12120 Wickchester Ln
Houston, TX 77079-1211

**RE:** Process Served in Louisiana

**FOR:** Sasol Chemicals North America LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | BRIAN DOYLE, INDIVIDUALLY AND ON BEHALF OF HIS MINOR CHILD, ET AL., PLTFS. vs. SASOL CHEMICALS NORTH AMERICA, LLC, DFTS. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | CITATION, PETITION |
| **COURT/AGENCY:** | 14th Judicial District Court, Parish of Calcasieu, LA  Case # 2018000971B |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 03/20/2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/26/2018 at 08:50 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | WITHIN 15 DAYS AFTER THE SERVICE |
| **ATTORNEY(S) / SENDER(S):** | JASON R. BELL  COX, COX, FILO, CAMEL & WILSON  723 BROAD STREET  LAKE CHARLES, LA 70601  337-436-6611 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780126651368  Email Notification,  Shelley Grahmann  Shelley.Grahmann@US.Sasol.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3867 Plaza Tower Dr.  Baton Rouge, LA 70816-4378 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of 1 / RB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.